| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Barbour, Jr., William H | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>8/9/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,     Date<br><br>○ Initial    ◉ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>245 E. Capitol St., Suite 430<br><br>Jackson, MS 39201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
Aug 13 3 19 PM '04
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 8/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. OWNED BY WILLIAM H. BARBOUR, JR. | | | | | | | | | |
| 2. STOCKS, BONDS AND BANK ACCOUNTS | | | | | | | | | |
| 3. Yazoo Northwest - Common stock | A | Dividend | J | U | | | | | |
| 4. AmSouth-Stock | F | Dividend | P1 | T | | | | | |
| 5. Mobil Oil | A | Dividend | J | T | | | | | |
| 6. Belmont Lodge | | None | K | W | | | | | |
| 7. Citibank Deposit Program-formerly SB Money Funds | A | Dividend | L | T | | | | | |
| 8. Countrywide Home - Bonds | B | Interest | L | T | | | | | |
| 9. Miss. Cap. Imp. - Bonds | B | Interest | L | T | | | | | |
| 10. Capital World Growth Fund | A | Dividend | K | T | | | | | |
| 11. Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 12. Income Fund of America | B | Dividend | K | T | | | | | |
| 13. New Perspective Fund | A | Dividend | K | T | | | | | |
| 14. Compass Capital III - Preferred Stock | B | Dividend | K | T | | | | | |
| 15. Miss. LSE Rev. - Bonds | A | Interest | K | T | | | | | |
| 16. Miss. Dev. BK - Bonds | B | Interest | L | T | | | | | |
| 17. Miss. Cap. Imp. - Bonds | B | Interest | L | T | | | | | |
| 18. REAL ESTATE (Items 19-22) | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 8/9/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Land #1, Yazoo County, MS | | None | L | W | | | | | |
| 20. Land #2, ▮▮▮▮▮ Yazoo City, MS - 1/2 interest | | None | K | W | | | | | |
| 21. ▮▮▮▮▮▮▮ (See expl. Section VIII) | | None | N | W | | | | | (See note) |
| 22. ▮▮▮ less ▮▮▮▮▮▮▮ | | | | | | | | | (See Note) |
| 23. IRAs (Items 24-58) | | | | | | | | | |
| 24. IRA Rollover Acct-Soloman Smith Barney (Lines 24-31) | | | | | | | | | |
| 25. BellSouth Stock | A | Dividend | K | T | | | | | |
| 26. AmSouth stock | D | Dividend | M | T | | | | | |
| 27. Irvine Sensors - Stock | | None | J | T | | | | | |
| 28. Goldman Sachs Capital Fund | A | Dividend | K | T | | | | | |
| 29. AmSouth Small Cap Fund | A | Dividend | K | T | | | | | |
| 30. Citibank Deposit Program-formerly Smith Barney Money Fund-Ca | A | Interest | K | T | | | | | |
| 31. Seligman New Tech Fund | A | Interest | J | T | | | | | |
| 32. IRA Managed Rollover-Soloman Smith Barney (Lines 33-58) | | | | | | | | | (See note) |
| 33. Dreyfus Liq.Assets | A | Interest | J | T | | | | | |
| 34. AOL Time Warner (was America On Line) - stock | A | Dividend | K | T | | | | | |
| 35. Genentech, Inc. | A | Dividend | | | Bought More | 01/24 | J | | (See Note) |
| 36. Amer International Group Inc. | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 8/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Amgen Inc. | A | Dividend | K | T | | | | | |
| 38. Coca-Cola | A | Dividend | K | T | | | | | |
| 39. Walt Disney Holding Co. | A | Dividend | K | T | | | | | |
| 40. Gillette Co. | A | Dividend | K | T | | | | | |
| 41. Home Depot Inc. | A | Dividend | K | T | | | | | |
| 42. Intel Corp. | A | Dividend | K | T | Sold Part | 11/10 | J | A | |
| 43. Johnson & Johnson | A | Dividend | K | T | Bought More | 07/16 | K | | |
| 44. Merck & Co. Inc. | A | Dividend | J | T | | | | | |
| 45. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 46. Pepsico Inc. | A | Dividend | K | T | | | | | |
| 47. Texas Instruments Inc. | A | Dividend | K | T | | | | | |
| 48. Wm Wrigley jr. Co. | A | Dividend | K | T | | | | | |
| 49. Wells Fargo & Co. New | A | Dividend | K | T | Sold Part | 01/15 | J | A | |
| 50. Tyco International Ltd. | A | Dividend | J | T | Sold All | 02/20 | J | | |
| 51. Cisco Systems | A | Dividend | J | T | | | | | |
| 52. American Express | A | Dividend | J | T | Sold All | 04/08 | K | | |
| 53. Berkshire Hathaway | A | Dividend | K | T | | | | | |
| 54. Dell, Inc. | A | Dividend | J | T | Bought | 01/03 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 8/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Interactive Corp | A | Dividend | J | T | Bought | 02/12 | J | | |
| 56. | | | | | Bought More | 03/19 | J | | |
| 57. Medco Health Solutions, Inc. (Merck Spin off 8/03) | | | | | Spin Off | 08/21 | J | | |
| 58. | | | | | Sold | 08/21 | J | | |
| 59. Merrill Lynch & Co., Inc. | A | Dividend | K | T | Bought | 04/08 | J | | |
| 60. OIL AND GAS INTERESTS | | | | | | | | | (See Note) |
| 61. #1-Marathon Oil Co. & Citgo, Claiborne Parish, LA | A | Royalt | J | W | | | | | |
| 62. #2-Sohio Pet Co., Franklin Parish, LA | A | Royalt | J | W | | | | | |
| 63. #3-Marathon Oil Co., Claiborne Parish, LA | A | Royalt | J | W | | | | | |
| 64. #4-Placid Oil Co., Warren County, MS | B | Royalt | J | W | | | | | |
| 65. #5-Shell Oil Co., Rankin County, MS | B | Royalt | J | W | | | | | |
| 66. #6-US Trading Co., Madison Parish & Richland Parish, LA | A | Royalt | J | W | | | | | |
| 67. #7-McGowan Working Partners, Yazoo County, MS | A | Royalt | J | W | | | | | |
| 68. #8-Pennzenergy (was Pennzoil Exp & Prod Co., Yazoo Co., MS | B | Royalt | J | W | | | | | |
| 69. #9-TXP Op Co., Yazoo County, MS | A | Royalt | J | W | | | | | |
| 70. #10-Shell Western E&P, Lincoln County, MS | A | Royalt | J | W | | | | | |
| 71. #11-Pennzoil Exp & Prod Co, Yazoo County, MS | | None | J | W | | | | | |
| 72. #12-Petro-Hunt Bovina Field, Warren Co., MS | | None | J | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 8/9/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. #13-Jefcoat, Yazoo Co., MS | | None | J | W | | | | | |
| 74. #14-Bruxoil, Clay Co., MS | A | Royalty | J | W | | | | | |
| 75. #15-Chevron USA, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 76. #16-Coho Resources, Jasper Co., MS | A | Royalty | J | W | | | | | |
| 77. #17-Denbury Resources, Jasper, Clark, Lincoln & Pike Co., MS | A | Royalty | J | W | | | | | |
| 78. #18-D&S Oil & Gas, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 79. #19-Devon Energy(Pennzenergy), Yazoo Co,MS,Bossier Parish, L | A | Royalty | J | W | | | | | |
| 80. #20-EOTT Energy, Jasper & Smith Co., MS | A | Royalty | J | W | | | | | |
| 81. #21-Ergon, Madison & Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 82. #22-Fina Oil, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 83. #23-Hassie Hunt Exploration, Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 84. #24-J.P. Oil, Lincoln & Pike Co., MS | A | Royalty | J | W | | | | | |
| 85. #25-McGowan Working Partners, Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 86. #26-Marathon Oil, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 87. #27-Shell Oil Co., Pike Co., MS | A | Royalty | J | W | | | | | |
| 88. #28-Spooner Petroleum, Jasper Co., MS | A | Royalty | J | W | | | | | |
| 89. #29-St. Mary Land & Exploration, Claiborne Parish, LA | B | Royalty | K | W | | | | | |
| 90. #30-Pennzenergy, Yazoo Co., MS | C | Royalty | K | W | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 3/9/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. OWNED BY ▓▓▓ Items 92-108) | | | | | | | | | |
| 92. Daimler Chrysler stock | A | Dividend | J | T | | | | | |
| 93. Goodyear - stock | A | Dividend | J | T | | | | | |
| 94. Georgia Pacific - stock | A | Dividend | K | T | | | | | |
| 95. Louisiana Pacific - stock | A | Dividend | J | T | | | | | |
| 96. Union Planters Bank - stock | C | Dividend | M | T | | | | | |
| 97. Trustmark - stock | A | Dividend | J | T | | | | | |
| 98. 1st Trust Bond Fund | B | Interest | J | T | | | | | |
| 99. General Motors Com. Stock | A | Dividend | L | T | | | | | |
| 100. Delphi Auto Systems (was Gen. Motors Class E) - Stock | A | Dividend | J | T | | | | | |
| 101. Electronic Data Systems (was Gen. Motors Class F) - Stock | A | Dividend | J | T | | | | | |
| 102. AmSouth IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 103. General Motors - Stock | A | Dividend | J | T | | | | | |
| 104. Mineral Interests | | | | | | | | | |
| 105. #1-Hughes-Parker Drilling, Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 106. #2-▓▓ Mineral Interest #1, Choctaw Co., MS | A | Royalty | J | W | | | | | |
| 107. #3▓▓ Mineral Interest #2, Grenada Co., MS | A | Royalty | J | W | | | | | |
| 108. #4▓▓ Mineral Interest #3, Grenada Co., MS | A | Royalty | J | W | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 8/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. #5- Mineral Interest #4, Various Counties, MS | A | Royalty | J | W | | | | | |
| 110. INCOME BENEFICIARY TRUST (Items 111-133) | | | | | | | | | (See note) |
| 111. Stocks and Mutual Funds | | | | | | | | | |
| 112. AmSouth Stock | A | Dividend | K | T | | | | | |
| 113. General Motors - Stock | A | Dividend | J | T | | | | | |
| 114. Georgia Pacific Stock | A | Dividend | K | T | | | | | |
| 115. Plum Creek Timber Co. - Stock | A | Dividend | J | T | | | | | |
| 116. La. Pacific - Stock | A | Dividend | J | T | | | | | |
| 117. Shering-Plough - Stock | A | Dividend | M | T | | | | | |
| 118. Chevron Texaco Corp. - Stock | A | Dividend | K | T | | | | | |
| 119. Merck & Co. - Stock | A | Dividend | J | T | | | | | |
| 120. Coca Cola Co. Delaware - stock | A | Dividend | J | T | | | | | |
| 121. Motorola, Inc. - Stock | A | Dividend | J | T | | | | | |
| 122. Sprint Corp. - Stock | A | Dividend | J | T | | | | | |
| 123. Sprint Corp. (Series 1) - Stock | A | Dividend | J | T | | | | | |
| 124. Jennison Utility Fund (7/9/03 name change from Prudential)) | A | Dividend | K | T | | | | | |
| 125. Alltel Corp. - Stock | A | Dividend | J | T | | | | | |
| 126. General Electric - Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 8/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Delphi Auto Systems - Stock | A | Dividend | J | T | | | | | |
| 128. Medco Health Solutions, Inc. (Merck Spin off 8/03) | | | | | Spin Off | 08/21 | J | | |
| 129. Mineral Interests | | | | | | | | | |
| 130. ▓▓Mineral Interest #1, Choctaw Co., MS | A | Royalty | J | W | | | | | |
| 131. ▓▓Mineral Interest #2, Grenada Co., MS | A | Royalty | J | W | | | | | |
| 132. ▓▓Mineral Interest #3, Grenada Co., MS | A | Royalty | J | W | | | | | |
| 133. ▓▓Mineral Interest #4, Various Counties, MS | A | Royalty | J | W | | | | | |
| 134. TRUSTEE OF ▓▓▓▓▓ TRUST | | | | | | | | | (See note) |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VII.

Lines 21 & 22 show the unsold lots in my ███████████████ at the end of the reporting period with an estimated value for those unsold lots on Line 21. There will be no income produced by the remaining lots in inventory unless and until they are sold.

Line 32 through 58 - This is a second IRA rollover account I have with Soloman Smith Barney. It was opened after the partial sale of 1st American s ck that was made in the first IRA rollover account. I have a money manage who invests this account, thus, it is designated "IRA Managed Rollover".

Line 35 - Genetech, Inc. stock was first purchased 8/20/02 and again on 11/18/02. These purchases should have been reported in my 2002 repo t. I have amended my 2002 report by separate letter.

Lines 60 through 90 - As I have noted for several years, I may own oil and gas interests which I inherited from ██████████ and ████████ or obtained otherwise and of which I have no records. All income-producing interests have been included in my reports. As leasing activity occurs, I add them to my report.

Line 110 - ██████ is the trustee and beneficia  of the ██████████ Trust. ████████Mineral Interests listed at lines 130 through 133 are other   actional interests under the same tracts that are listed under her assets not owned in trust.

Line 134 - ████████ s trustee of this trust. This trust has been included in my reports in prior yea s because ████████ was a beneficiary of the trust. In 2002, ████████reached the age, according to the trust document, for his final distribution from the trust in 2002 and therefore he was not a participant in any way  or  a beneficiary of the trust in 2003. Therefore, the trust assets are not included in  my 2003 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                       Date  8/11/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544